UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS JOHN HEYDEN,<br><br>  Plaintiff,<br>vs.<br><br>MINERAL COUNTY SHERIFF'S OFFICE, et al.,<br><br>  Defendants. | Case No. 3:24-cv-451-ART-CSD<br><br>ORDER ON REPORT & RECOMMENDATION OF MAGISTRATE JUDGE<br>(ECF No. 9) |

Plaintiff Thomas John Heyden, a pre-trial detainee currently housed at the Mineral County Detention Center, filed a complaint in this action alleging violations of their rights under the Fourth Amendment related to their pending criminal case in state court. (ECF No. 1-1.) Magistrate Judge Denney issued a Report and Recommendation (R&R), in which he screened Plaintiff's complaint and recommended granting Plaintiff's application to proceed in forma pauperis ("IFP Application") and dismissing Plaintiff's claims without prejudice because they relate to Plaintiff's pending criminal case in state court. Plaintiff did not object to Judge Denney's R&R.

**I.   Review of Report and Recommendation**

Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Although no review is required, the Court agrees with Judge Denney that Plaintiff's claims in their first complaint relate to Plaintiff's underlying criminal case in state court, which is ongoing. Under *Younger v. Harris*, federal courts may

not interfere with ongoing state criminal proceedings. 401 U.S. 37 (1971).

The Court therefore adopts Judge Denney's R&R. Plaintiff's claims in their first complaint (ECF No. 1-1) are dismissed without prejudice.

## II.    Plaintiff's New IFP Application and Complaint

Plaintiff has subsequently filed a new IFP application and complaint with entirely different claims: that they are a transgender woman and are not being provided with necessary medical treatments while at the Mineral County Detention Facility. (ECF Nos. 10, 11.)

These claims are unrelated to the claims in this case. The Court construes this as an attempt by Plaintiff to file a new case in this Court. The Court will therefore order the Clerk to open a new case and file Plaintiff's new IFP application and complaint (ECF Nos. 10, 11) in that action.

If Plaintiff did not intend to file a new case with this Court, Plaintiff may file a "notice of voluntary dismissal" in the new case, which will dismiss that case.

## III.    Plaintiff's Mailing Address

Plaintiff's mail has been returned as undeliverable. (ECF No. 13.) It has come to the attention of the Court that the mailing address Plaintiff has listed is an incorrect address for Mineral County Detention Center. The Court will instruct the Clerk of the Court to update Plaintiff's address in this case to correct this error. The correct address for Mineral County Detention Center is:

Mineral County Detention Center
105 South A St.
Hawthorne, NV 89415

## IV.    Conclusion

**With respect to this case:**

It is therefore ordered that Judge Denney's R&R (ECF No. 9) is ADOPTED.

It is further ordered that Plaintiff's complaint (ECF No. 1-1) is denied without prejudice.

//

It is further ordered that Plaintiff's IFP applications (ECF Nos. 1, 7, 10) are DENIED AS MOOT.

It is further ordered that the Clerk of the Court is instructed to update Plaintiff's address in this action to:

Thomas John Heyden
24218
Mineral County Detention Center
105 South A St.
Hawthorne, NV 89415

It is further ordered that the Clerk of the Court is instructed to CLOSE this case.

**With respect to the new case:**

It is therefore ordered that the Clerk of the Court is ordered to administratively open a new case with this court and file Plaintiff's second IFP application (ECF No. 10) and complaint (ECF No. 11) in that action.

It is further ordered that the Clerk of the Court is instructed to file a copy of this order in the new case.

It is further ordered that the Clerk of the Court is instructed to update Plaintiff's address in the new action to:

Thomas John Heyden
24218
Mineral County Detention Center
105 South A St.
Hawthorne, NV 89415

Dated this 18th day of February, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3