UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS JOHN HEYDEN,<br><br>                              Plaintiff,<br>     v.<br><br>MINERAL COUNTY SHERIFF'S OFFICE,<br>*et al.*,<br><br>                              Defendants. | Case No. 3:25-cv-00095-MMD-CSD<br><br>ORDER |

The Court permitted Plaintiff Thomas Heyden to procced on claims under 42 U.S.C. § 1983. (ECF No. 4.) Before the Court is the Report and Recommendation (ECF No. 49 ("R&R")) of United States Magistrate Judge Craig S. Denney, recommending granting Defendant Bill Ferguson's motion to dismiss (ECF No. 43)[1] based on Plaintiff's failure to file his updated contact information. (ECF No. 49.) Plaintiff had until June 9, 2026 to file an objection. To date, Plaintiff has failed to object.

Because there was no objection, the Court need not conduct *de novo* review and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). The Court agrees with Judge Denney's recommendation that the Court should grant dismissal without prejudice because of Plaintiff's failure to update his contact information as required under LR IA 3-1.

---

[1]Defendants Mount Grant General Hospital and James Ruch filed a joinder to the motion to dismiss. (ECF No. 44.) Plaintiff did not file a response, as Defendant Ferguson identified in his reply. (ECF No. 46.) Defendants Mount Grant General Hospital and James Ruch filed a joinder to Ferguson's reply. (ECF No. 47.)

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 49) is accepted and adopted in full.

It is further ordered that the motion to dismiss (ECF No. 43) and joinder to the motion (ECF No. 44) are granted.

It is further order that this action is dismissed without prejudice. The Clerk of Court is kindly directed to enter judgment accordingly.

DATED THIS 17th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2